AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Structural Iron Workers Local Union No. 1
Pension Trust Fund and John M. Gardiner,
Administrator of the Fund Disbursement Office,

V.

Dimensional Technology, Inc., an Illinois
corporation.

CASE NUMBER: 11-cv-07178

ASSIGNED JUDGE: Honorable Gary Feinerman

DESIGNATED MAGISTRATE JUDGE: Honorable Martin C. Ashman

TO: (Name and address of Defendant)

Dimensional Technology, Inc.
c/o Dena M. Basselen
6717 Linden Lane
Huntley, Illinois 60142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Tecson
Hogan Marren, Ltd.
180 North Wacker Drive, Suite 600
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK

*(signature)*

(By) DEPUTY CLERK



DATE

October 12, 2011

DATE

11-cv-07178

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE October 14, 2011 |
| NAME OF SERVER (PRINT) Jeff Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Paul Basselen was served for Dimensional Technology, Inc. c/o Dena M. Basselen at 6717 Linden

☐ Returned unexecuted: Lane, Huntley, Il. at 10:20a.m.

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 14, 2011      *Signature of Server* Jeff Brown
Date

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.