IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND and JOHN M. GARDINER, Administrator of the Fund Disbursement Office,<br><br>Plaintiffs,<br><br>v.<br><br>DIMENSIONAL TECHNOLOGY, INC., an Illinois corporation,<br><br>Defendant. | Case No. 11 cv 7178<br><br>Hon. Judge Gary Feinerman |

### ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgment against Defendant Dimensional Technology, Inc., the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

A. A Default Judgment is entered in favor of Plaintiffs and against Defendant Dimensional Technology, Inc. on Count I of Plaintiffs' Complaint in the amount of $62,403.57;

B. A Default Judgment is entered in favor of Plaintiffs and against Defendant Dimensional Technology, Inc. on Count II of Plaintiffs' Complaint in the amount of $50,559.28;

C. Plaintiffs' are awarded attorney's fees and costs in the amount of $2,795.88; and

D. Default Judgment in the total amount of $115,758.73 is entered in favor of Plaintiffs and against Defendant Dimensional Technology, Inc.

E. Plaintiffs are directed to serve written notice of this Order on the Defendant.

SO ORDERED

_____
Hon. Judge Gary Feinerman

Dated: 12-15-2011